November 1, 1979

M. P. Nos. 78-223 AND 78-225. VALLEY GAS COMPANY *v.* EDWARD F. BURKE *and* JULIUS C. MICHAELSON *et al.* *v.* VALLEY GAS COMPANY. The motion of Valley Gas Company to modify or in the alternative for rehearing, as prayed, is

denied.

Mr. Justice Doris did not participate. *Demine E. Sherman*, for Valley Gas Company. *Dennis J. Roberts II*, Attorney General, *John R. McDermott*, Special Assistant Attorney General, for Julius C. Michaelson *et al.* and Edward F. Burke.